**Opinion issued July 23, 2015**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-15-00530-CV

———————————

## IN RE SUNSET NURSING HOME, INC., Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Sunset Nursing Home, Inc., has filed a petition for a writ of mandamus, contending that respondent, the Honorable Patrick Sebesta, abused his discretion in striking Sunset's amended pleadings and withholding discoverable documents and information from Sunset.[1]

---

[1] The underlying case is *Sunset Nursing Home, Inc. v. Rebecca Ann, Inc., Donald Grether, Paul A. Heinig, and Plantation Health Care, Inc.*, cause number 72817,

We deny the petition.

**PER CURIAM**

Panel consists of Justices Jennings, Bland, and Brown.

---

in the 239th District Court of Brazoria County, the Honorable Patrick Sebesta, presiding.